# Third District Court of Appeal

## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1539
Lower Tribunal No. F17-20053

————————

**The State of Florida,**
Appellant,

vs.

**Myron Joel Rosner,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, John J. Murphy, III, Judge.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellant.

Homer Bonner Jacobs Ortiz, P.A., and Christopher J. King and Peter W. Homer, for appellee.

Before SCALES, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Brown v. Rairigh, 363 So. 2d 590 (Fla. 4th DCA 1978);

Blacker v. Shearson Hayden Stone, Inc., 358 So. 2d 1147 (Fla. 3d DCA 1978); see also Le Chateau Royal Corp. v. Pantaleo, 370 So. 2d 1155 (Fla. 4th DCA 1978).